IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


ROBERT EDMUND BROWN
a/k/a ROBERT LEE BROWN                                                    PLAINTIFF


V.                                    NO. 6:19-CV-06057-RTD


RICHARD GWINN, ADMINISTRATOR FOR
CAROLYN S. GWINN ESTATE;
LENORA ANN SMITH a/k/a LENORA G. SMITH;
a/k/a LENORA WIGGINS a/k/a LENORA ALLEN;
SAFECO INSURANCE COMPANY OF ILLINOIS;
ENTERPRISE RENT-A-CAR, a fictitious name and
a subsidiary of EAN HOLDINGS, LLC;
and EAN HOLDINGS, LLC, Individually                                      DEFENDANTS


**ORDER**


Now on this 19th day of February 2020, came on for hearing before the Court the Motion

to Dismiss and Answer to Amended Complaint by Separate Defendant Carolyn S. Gwinn Estate

(ECF No. 63). Plaintiff has filed a Response in Opposition (ECF No. 65), a Supplemental

Response in Opposition (ECF No. 68), and a Second Supplemental Response in Opposition (ECF

No. 71). The Motion of Larry J. Steele to Withdraw at Attorney of Record for Plaintiff (ECF No.

69) and Supplemental Motion to Withdraw (ECF No. 70) also came on for hearing. Plaintiff

Robert Edmund Brown was present in court, as was his attorney of record, Larry J. Steele. Michael

McCarty Harrison, Friday Eldredge & Clark LLP, appeared for Richard Gwinn, Administrator for

Defendant Carolyn S. Gwinn Estate and Defendant Carolyn S. Gwinn Estate. Stuart P. Miller,

Mitchell Williams Selig Gates & Woodyard, appeared for Defendant Safeco Insurance Company of Illinois. Matthew R. House, James & House, P.A., appeared on behalf of Defendant EAN Holdings, LLC.

Plaintiff filed this civil action pursuant to the federal Civil RICO statute, 18 USC §1964 et seq., seeking declaratory and injunctive relief, and actual, consequential, and exemplary damages stemming from an automobile accident that occurred in Garland County, Arkansas, or about May 9, 2018. Plaintiff claims injuries proximately caused by the negligence, gross negligence, or reckless misconduct of separate defendant Carolyn S. Gwinn, who was driving the vehicle that collided with Plaintiff's. Carolyn S. Gwinn died on May 28, 2019.

Having considered the pleadings on file in this case and the oral arguments of counsel, the Court makes its order as follows:

IT IS HEREBY ORDERED that Richard Gwinn, Administrator for the Carolyn S. Gwinn Estate, shall be the named defendant in this action in place and stead of Carolyn S. Gwinn Estate and Carolyn S. Gwinn, deceased.

Michael McCarty Harrison, attorney for Richard Gwinn, Administrator for the Carolyn S. Gwinn Estate, accepted service of the Amended Complaint on behalf of her client. Service is effective as of the date this order is entered. Accordingly, IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (ECF No. 63) should be and hereby is DENIED.

IT IS FURTHER ORDERED that the Motions to Withdraw as Attorney of Record (ECF Nos. 69, 70) by Larry J. Steele should be GRANTED, and he shall have a lien for a reasonable

attorney's fee and costs on any proceeds Plaintiff may recover by settlement or judgment in this case.

IT IS FURTHER ORDERED that Robert Edmund Brown, pro se Plaintiff, shall have through March 6, 2020 to obtain new counsel to represent him in this case. The Clerk is directed to mail a copy of this order to Robert E. Brown, P.O. Box 20993, Hot Springs, Arkansas 71903.

This case remains set for jury trial the week of January 13, 2021 in Hot Springs.

**IT IS SO ORDERED** this 19th day of February 2020.


*/s/ Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**